1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| STEVE LEWIS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NORTHRUP CENTER LLC,<br><br>　　　　　　Defendant. | | CASE NO. 2:25-cv-01937-BAT<br><br>**NOTICE OF VOLUNTARY DISMISSAL AND CLOSURE OF CASE** |

Plaintiff has filed a motion to voluntarily dismiss the case without prejudice. Under Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party answers the complaint. Because the parties have not consented to the jurisdiction of a magistrate judge, the Court lacks jurisdiction to dismiss the case by order. However, Plaintiff's motion at Dkt. 5 operates as a notice of dismissal, which is sufficient under Rule 41. This notice is not an order of dismissal but is filed to notify Plaintiff that the case is dismissed without prejudice. The Clerk is directed to close the case.

DATED this 16th day of January, 2026.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　United States Magistrate Judge

NOTICE OF VOLUNTARY DISMISSAL AND
CLOSURE OF CASE - 1